# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SARA BRAVO and OMAR DE LA ROSA, individually, and on behalf of other members of the general public similarly situated,

        Plaintiffs,

    v.

GALE/TRIANGLE, INC., dba PERFORMANCE TEAM and Does 1 through 10, inclusive,

        Defendants.
        Defendants.

CASE NO. 2:16-cv-3347-BRO-GJS

[Assigned to United States District Judge Beverly Reid O'Connell]

**JUDGMENT GRANTING FINAL APPROVAL AND ATTORNEYS' FEES/COSTS AND DISMISSING CASE IN CONFORMITY WITH THE COURT'S FEBRUARY 16, 2017 ORDER**

## [JUDGMENT DISMISSING CASE

On February 16, 2017, the Court granted Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs. The Court thereby enters Judgment in this case as follows:

1.     The Court has jurisdiction over the subject matter of this action, the Class Representatives, and the Class Members as defined in the Settlement Agreement and Defendants.

2.     The Court grants final approval, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3.     The Court finds that the Settlement Agreement was the product of protracted, arms-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the Class satisfied the applicable standards for certification under Federal Rule of Civil Procedures 23.

4.     This case is dismissed on the merits with prejudice.

5.     The parties are hereby directed to fully implement any remaining obligations under the Settlement Agreement.

6.     Kawahito Westrick LLP and Law Offices of Sahag Majarian II are approved as Class Counsel and are hereby awarded $93,750.00 for attorneys' fees and $17,293.46 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case.

7.     Sara Bravo is awarded $5,000.00 and Omar De La Rosa is awarded $5,000.00 for their unique services in initiating and maintaining this litigation as Class Representatives.

8.     The Claims Administrator, CPT Group, Inc. is awarded $12,000.00 as payment for handling the administration of the Settlement in this case.

9.     Payment of $7,500 is hereby approved to the Labor and Workforce

1  Development Agency for the resolution of the claims brought in this case under the

2  Labor Code Private Attorneys General Act of 2004 (Cal. Lab. Code §§ 2698, *et*

3  *seq*.).  This payment represents the California Labor and Workforce Development

4  Agency's share of the $10,000 of the Settlement Proceeds allocated PAGA penalties.

5       10.    The Court shall have exclusive and continuing jurisdiction over this

6  matter for the purposes of supervising the implementation, enforcement, construction,

7  administration, and interpretation of the Settlement Agreement and this Judgment.

8       11.    This document shall constitute a judgment for purposes of Rule 59 of the

9  Federal Rules of Civil Procedure.

10      12.    Upon entry of this Judgment and the release of the Settlement Proceeds

11  to the claims administrator in this case, the Released Parties, as defined in the

12  Settlement Agreement, shall be released and discharged from any and all liability as

13  set forth Section IV of the Settlement Agreement between the Parties.

14      13.    Plaintiffs and Class Members shall be precluded from instituting

15  commencing, or continuing to prosecute, directly or indirectly, as an individual or

16  collectively, representatively, derivatively, or on behalf of himself, herself, itself, or

17  in any other capacity of any kind whatsoever, any action in this Court, any other state

18  court, or any arbitration or mediation proceeding or any other similar proceeding,

19  against any Released Party, as defined in the Settlement Agreement, that asserts any

20  claims that are Released Claims or other claims released herein under the terms of the

21  Settlement.

22      IT IS SO ORDERED.

23  DATED: February 22, 2017

24

25  By: _____

26      Honorable Beverly R. O'Connell
        United States District Court Judge

27

28

-2-